# MEMORANDA

---

ADAMS-FLANIGAN Co., Appellant, *v.* CHARLES KLING et al., Respondents.

*Landlord and tenant — lease — provision that store shall be used only for purpose of saloon and sale of lager beer — waiver of right to claim termination of lease by reason of enactment of National Prohibition Act.*

*Adams-Flanigan Co.* v. *Kling*, 198 App. Div. 717, affirmed.

(Argued May 31, 1922; decided July 12, 1922.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 2, 1921, which affirmed a determination of the Appellate Term affirming an order of the Municipal Court of the city of New York in summary proceedings to secure possession of real property. Plaintiff's assignor leased certain premises to defendant Kling, the lease containing a provision that " the store of said premises shall not be used or occupied for any other purpose than saloon and the sale of lager beer." After the National Prohibition Act became of force the tenant assigned his lease and his assignee proceeded to alter the premises for other uses. The landlord continued to receive the rent until its assignment of its rights under said lease to the plaintiff. The Appellate Division held that the landlord prior to its assignment had waived any right it had to re-enter or to claim that the lease was terminated by operation of law.

*Cyrus C. Miller* for appellant.

*Joseph Diehl Fackenthal* and *Hugo H. Rittebush* for respondents.

Order affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Hogan, Cardozo, Pound, McLaughlin, Crane and Andrews, JJ.

----

Philip Lewis et al., Respondents, *v.* Home Insurance Company, Appellant.

*Insurance — pleading — policies of fire insurance issued to warehouse-man containing " trust and commission clause " — when real parties in interest may sue upon policies without joining warehouseman.*

*Lewis* v. *Home Ins. Co.*, 199 App. Div. 556, affirmed.

(Submitted May 31, 1922; decided July 12, 1922.)

Appeal, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 20, 1922, which affirmed an order of Special Term granting plaintiff's motion for judgment upon the pleadings. The action is brought by the plaintiffs against the defendant on fire insurance policies issued by it to the Green River Distilling Company, Inc., and containing what is known as the " trust and commission " clause under which the plaintiffs claim. The defendant demurred to the complaint on three grounds: *First,* that the complaint does not state facts sufficient to constitute a cause of action; *second,* that, if the plaintiffs have any interest in the policies mentioned in the complaint, they have no legal capacity to sue, for the reason that the Green River Distilling Co., Inc., to which the policies were issued, and which is the insured named therein, is the proper party to maintain the action; and, *third,* that, if the plaintiffs have any interest in the policies in question, there is a defect of parties plaintiff, in that the Green River Distilling Co., Inc., is not made a party plaintiff.

The Appellate Division held that under the facts alleged in the complaint the plaintiffs were the true principals and the real parties in interest and had the right to sue upon the policies without joining the warehouseman to whom the policies were issued.

The following questions were certified: